FILED
2022 Aug-31 PM 04:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/MAR: September 2022
GJ#25

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.:** |
| | ) | |
| **DAVID JERMAINE LAKE** | ) | |

## INDICTMENT

**COUNT ONE: [18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 14th day of March 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**DAVID JERMAINE LAKE,**

did knowingly possess a machinegun, that is, a Glock 9mm pistol with a Glock conversion device with a selector switch attached to the frame of the firearm, in violation of Title 18, United States Code, Sections 924(o) and 924(a)(2).

**COUNT TWO:  [26 U.S.C. § 5861(d)]**

The Grand Jury charges that:

On or about the 14th day of March 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**DAVID JERMAINE LAKE,**

knowingly received and possessed a machinegun, that is, a Glock 9mm pistol, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

**NOTICE OF FORFEITURE**
**[18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]**

1.	The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.	Upon conviction of the offense charged in Counts One and Two of this Indictment, in violation of 18 U.S.C. § 922(g)(1), the defendant, **DAVID JERMAINE LAKE**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a Glock 9mm pistol, bearing serial number BTDV535, and any parts/components for machinegun

conversion devices.

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                PRIM F. ESCALONA
                United States Attorney

                */s/ Electronic Signature*
                MICHAEL A. ROYSTER
                Assistant United States Attorney